IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PETER SHELBO,                          :
          Plaintiff,          :          1:15-cv-0344
                              :
  v.                                  :          Hon. John E. Jones III
                              :
JOHN WETZEL, *et al.*,                 :
          Defendants.         :

## **ORDER**

## **February 16, 2017**

NOW THEREFORE, upon consideration of the motion (Doc. 34) to dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 34) to dismiss is GRANTED. Plaintiff's complaint (Doc. 3) is DISMISSED in its entirety.

2. The Clerk of Court is directed to CLOSE this case.

3. Any appeal from this order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

                              s/ John E. Jones III
                              John E. Jones III
                              United States District Judge